# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# GREENWOOD DIVISION

| | |
|---|---|
| Schilli Distribution Services, Inc., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Steve Gilliam, B.W.G., Inc. KCB Group, )<br>Inc., and Arete Logistics, Inc., )<br>)<br>Defendants. ) | Civil Action No.: 8:16-cv-01851-MGL<br><br>**Order on Consent Motion for<br>Substitution of Counsel** |

By and with the consent of Robinson, Bradshaw & Hinson, Thomas W. Bunch, II of Robinson McFadden & Moore, PC will be and hereby is substituted as counsel for the Plaintiff in this case, and Robinson Bradshaw & Hinson is relieved of all further representation of the Plaintiff.

          s/Mary Geiger Lewis
          The Honorable Mary G. Lewis
          United States District Court Judge

August 1, 2016
Columbia, South Carolina